≫Prob 12B
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:**  Adam Robert Cessna                **Case Number:**  2:22CR00066-001

**Name of Sentencing Judicial Officer:**  The Honorable Bruce H. Hendricks, United States District Judge

**Date of Original Sentence:**  September 22, 2022

**Original Offense:**  Conspiracy to Commit Wire Fraud

**Original Sentence:**  The defendant was sentenced to probation for a term of five (5) years with the following special conditions: 1) You must submit to substance abuse testing to determine if you have used a prohibited substance. 2) You must contribute to the cost of such testing not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid. 3) You must pay any remaining unpaid restitution balance imposed by the Court in minimum monthly installments of $100.00 to commence 30 days after release from custody (or following the imposition of sentence if a time served or probation case). The payments shall be made payable to "Clerk, U.S. District Court" and mailed to P.O. Box 835 Charleston, SC 29402. Interest on any restitution/fine ordered is waived. Payments shall be adjusted accordingly, based upon your ability to pay as determined by the Court. Justified by the nature of the instant offense. 4) You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer. Justified by the nature of the instant offense. 5) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. Justified by the nature of the instant offense. 6) You must be subject to placement in the Financial Litigation Unit Wage Garnishment program for the purpose of collecting restitution, if deemed necessary by the U.S. Probation Officer.

**Type of Supervision:**  Probation                **Date Supervision Commenced:**  September 22, 2022

**Previous Court Action/Notification:**  None.

Prob 12B
(Rev. 01/2020 - D/SC)

Page 2

# PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:
1. The defendant is ordered to have no contact with his co-defendant, Suzanne Weintraub. If the defendant is contacted by Ms. Weintraub, he will immediately notify his probation officer.

# CAUSE

Due to the involvement of the defendant and his co-defendant, Suzanne Weintraub, in the instant offense, a modification of the defendant's conditions to include no contact with Ms. Weintraub is requested.

Respectfully Submitted,

By: _____
Todd B. Graham
U.S. Probation Officer
Charleston Office

Date: September 23, 2022

Reviewed and Approved By:

_____
Katrina Robinson-Curtis
Supervising U.S. Probation Officer

✎Prob 12B  Page 3
(Rev. 01/2020 - D/SC)

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☒ X The modification of conditions as noted above.

☐ Other

_Bruce H. Hendricks_
Bruce H. Hendricks
U.S. District Judge

_October 3, 2022_
Date