✏Prob 12A
(Rev. 01/2020 - D/SC)

# United States District Court

for

### District of South Carolina

### Report on Offender Under Supervision

**Name of Offender:**  Adam Cessna                **Case Number:**  2:22CR00066-001

**Name of Sentencing Judicial Officer:**  The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:**  September 22, 2022

**Original Offense:**  Conspiracy to Commit Wire Fraud, 18 U.S.C. § 371

**Original Sentence:**  The defendant was sentenced to probation for a term of 5 years with the following special conditions:  1) You must submit to substance abuse testing to determine if you have used a prohibited substance. Justified by the defendant's admitted drug use; 2) You must contribute to the cost of such testing not to exceed the amount determined reasonable by the Court approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 3) You must pay any remaining unpaid restitution balance imposed by the Court in minimum monthly installments of $100.00 to commence 30 days after release from custody (or following the imposition of sentence if a time served or probation case). The payments shall be made payable to "Clerk, U.S. District Court" and mailed to P.O. Box 835 Charleston, SC 29402. Interest on any restitution/fine ordered is waived. Payments shall be adjusted accordingly, based upon your ability to pay as determined by the Court. Justified by the nature of the instant offense; 4) You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer. Justified by the nature of the instant offense; 5) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office. Justified by the nature of the instant offense; and 6) You must be subject to placement in the Financial Litigation Unit Wage Garnishment program for the purpose of collecting restitution, if deemed necessary by the U.S. Probation Officer.

**Type of Supervision:**  Probation                **Date Supervision Commenced:**  September 22, 2022

**Previous Court Action/Notifications:** On October 3, 2022, the Court modified the defendant's conditions to include no contact with co-defendant, Suzanne Weintraub. If the defendant is contacted by Ms. Weintraub, he will immediately notify his probation officer.

On June 27, 2024, the Court granted an Application for Writ of Continuing Garnishment against the earnings of the defendant due to his failure to make monthly Court-ordered payments of $100 towards restitution.

On July 25, 2024, the Court was notified that on July 7, 2024, the defendant was arrested by the Mount Pleasant Police Department for Driving Under the Influence, 1st Offense.  The defendant was released on a personal recognizance bond and the charge remains pending in Mount Pleasant Municipal Court.  Also, the Court was notified that the defendant was in arrears on restitution payments.  No action was respectfully requested from the

✏Prob 12A                                                                                                             Page 2
(Rev. 01/2020 - D/SC)

Court. The defendant was placed in the Wage Garnishment Program to address nonpayment of restitution. Should the defendant be found guilty of this charge, the probation office will notify the Court with an appropriate recommendation.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Failure to Obtain Authorization Before Leaving the Federal Judicial District (South Carolina):** On October 23, 2024, the defendant traveled to Wilmington, NC as evidenced by his girlfriend, Molly Macaluso, being arrested by Wilmington Police Department for Misdemeanor Criminal Domestic Violence and Simple Assault, where the defendant was the victim. |
| 2 | **Failure to Report Law Enforcement Contact Within 72 hours:** The defendant failed to notify the probation officer of his contact with Wilmington Police Department on October 23, 2024; he was the victim of Misdemeanor Criminal Domestic Violence and Simple Assault. |
| 3 | **Failure to Refrain from Incurring New Credit Charges and/or Opening Additional Lines of Credit Without Approval of the US. Probation Officer:** Review of the defendant's credit report indicates he obtained a $10,000 loan through American Credit Acceptance for a vehicle loan on June 14, 2024. While the probation officer had previously advised the defendant that a reasonable loan to purchase a vehicle could be approved, final approval was never granted. At this time, it appears the defendant is current on the $298 monthly payment with a balance of $10,447. |
| 4 | **Failure to Refrain from Incurring New Credit Charges and/or Opening Additional Lines of Credit Without Approval of the US. Probation Officer:** Review of the defendant's credit report indicates he opened a $2,500 line of credit with Kokoff Lending, LLC on October 13, 2023. Currently, he is $100 past due having not made a payment in approximately 150 days. |

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 3

**U.S. Probation Officer Action:** The U.S. Probation Office respectfully requests no action at this time. The defendant admits to the above violations. After interviewing the defendant and his girlfriend, Molly Macaluso, they advised that she bought concert tickets in Wilmington, NC, and after the concert, a verbal altercation occurred which resulted in tenants at the hotel calling the police. According to arrest documents from the Wilmington Police Department, Ms. Macaluso was charged with Misdemeanor Crime of Domestic Violence and Simple Assault. Details of the arrest state Ms. Macaluso shoved the defendant and threw a boot at his head. With consent of the defendant, the noted charges against Ms. Macaluso were dismissed in the New Hanover County Superior Court on October 25, 2024. It should be noted, the defendant currently resides with Ms. Macaluso.

The defendant is current with his restitution payments, having paid a total of $4,393.50 while on probation, leaving a balance of $99,929.25. He remains in the Wage Garnishment Program and has been instructed to continue with his $100 monthly payments. The probation office will continue with yearly financial investigations and credits checks to ensure compliance with the financial restitution and financial conditions of his probation.

Additionally, the defendant will receive a written reprimand and leisure travel requests will be restricted for at least ninety (90) days. The probation officer has also reviewed the defendant's conditions of probation with him and Ms. Macaluso, with the defendant's consent.

Should there be any further violations of supervision, the probation office will notify the Court with an appropriate recommendation.

*It is respectfully recommended that the violation be held in abeyance. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation.*

Respectfully Submitted,

By:  *Gregory R. Marett*  
Gregory R. Marett  
U.S. Probation Officer  
Charleston Office

Date: December 3, 2024

Reviewed and Approved By:

*LaSheika S. VanDyke*  
LaSheika S. VanDyke  
Supervising U.S. Probation Officer

Prob 12A  
(Rev. 01/2020 - D/SC)

Page 4

| | |
|---|---|
| **X** | Agree with Probation Officer's recommendation |
| ☐ | Submit a Request for Modifying the Condition or Term of Supervision |
| ☐ | Submit a Request for Warrant or Summons |
| ☐ | Other |

_____  
Bruce Howe Hendricks  
United States District Judge

   December 4, 2024   
                Date